# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| MICHAEL SAGEBIEL and <br> CONNIE PERKINS-WALDORFF, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> *Defendant*. | § § § § § § § § § § § Civil Action No. SA-09-CV-197-XR |

## ORDER TO STAY PROCEEDINGS

On this date, the Court considered the parties' joint motion to stay proceedings (Docket Entry No. 16). The parties have filed a joint motion to stay proceedings pending the approval of a proposed settlement.

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254, 57 S.Ct. 163, 81 L.Ed. 153 (1936); *see also McKnight v. Blanchard*, 667 F.2d 477, 479 (5th Cir. 1982) ("The district court has a general discretionary power to stay proceedings before it in the control of its docket and in the interests of justice."). Plaintiffs Michael Sagebiel and Connie Perkins-Waldorff and the Defendant United States of America have reached a settlement in this case. The settlement, however, requires the approval of the Department of Justice-Office of Review and the Internal Revenue Service. The Government anticipates that the approval process will take ninety (90) days.

In light of the pending settlement, the Court hereby GRANTS the parties' motion.

It is ORDERED that this case is STAYED pending approval of the settlement by the Department of Justice and the Internal Revenue Service and that all deadlines are VACATED. The Court ORDERS the parties to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents once the settlement is approved. The Court further ORDERS the Defendant to file a status report on the settlement no later than June 1, 2010, in the event that the settlement has not been approved by that time.

It is so ORDERED.

SIGNED this 24th day of February, 2010.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE